# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

UNITED STATES OF AMERICA

Vs.                                                                         Docket No. 2:07CR32 KS-MTP-1

JONATHAN DOYLE GANDY

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On April 2, 2008, Jonathan Doyle Gandy appeared before the Court and was sentenced to 48 months imprisonment followed by supervised release of 10 years after his plea of guilty to Possession of Child Pornography.

On September 24, 2011, Gandy was released from imprisonment and has since participated in and completed the Southern District of Mississippi's Reentry Court program under the Treatment Track. Furthermore, he has paid off his fine of $7,500 in addition to a Special Assessment of $100.00.

Gandy has had no recent violations regarding his supervised release and has maintained full-time employment and has complied with all requirements regarding sex offender registration.

It is the order of the Court that Gandy's remaining term of supervised released be terminated effective immediately.

SO DATED, this the 17th day of September, 2018.

Keith Starrett, United States District Judge